**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 26 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | **Criminal Complaint** |
| § | No. 4:12-MJ-034 |
| DOMINGO CASTELLON § | |

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about January 23, 2012, **Domingo Castellon,** knowingly possessed matter, specifically a Kingston, DT101 G2, 16GB thumb drive, that contained visual depictions of minors engaged in sexually explicit conduct that was produced using materials that had been mailed, transported, and shipped in interstate and foreign commerce in violation of 18 U.S.C.§ 2252(a)(4)(B).

I further state I am a Special Agent with U.S. Immigration and Customs Enforcement and that this complaint is based on the following facts gathered through interviews and reports relayed to me by Detective Randy Watkins with the Fort Worth Police Department and through my own investigation:

## INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed with ICE since April 2007. As part of my duties as an ICE agent, I investigate criminal violations relating to child

exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I have experience conducting criminal investigations concerning internet crimes against children and training in undercover online internet investigations. This affidavit is based upon my personal investigation and on information obtained from other law enforcement officers assisting with this investigation.

## PROBABLE CAUSE

2. On January 26, 2012, I received information through Detective Watkins with Fort Worth Police Department (FWPD) that establishes probable cause to believe **Castellon** knowingly possessed matter, specifically a Kingston, DT101 G2, 16GB thumb drive, that contained visual depictions of minors engaged in sexually explicit conduct that was produced using materials that had been mailed, transported, and shipped in interstate and foreign commerce in violation of 18 U.S.C.§ 2252(a)(4)(B). The reports and my interview of Detective Watkins revealed the following information:

3. On January 23, 2012, FWPD officers were dispatched to the Extended Stay Motel at 3261 NE Loop 820, Room 205 regarding a call by the motel manager about possible drug activity. During their investigation, officers encountered a Hispanic male identified as **Domingo Castellon** who approached the motel room where officers had been dispatched. **Castellon** denied possession of any illegal drugs or drug paraphernalia. He also consented to a search of his person and of his car. During the pat-down search

officers discovered three thumb drives, but no drug paraphernalia. However, in **Castellon's** car, a clear glass pipe with a ball-shaped end that contained some white and brown residue inside was discovered in the console of the car. **Castellon** was arrested for possession of drug paraphernalia.

4. At the jail, intake officers found three thumb drives in **Castellon's** pants pocket. **Castellon** denied ownership of two of the three thumb drives. The two thumb drives not claimed by **Castellon** were turned over to officers as abandoned property.

5. In order to identify ownership of the two abandoned thumb drives, FWPD Officer Prescott connected one drive, a Kingston DT 101 G2 16GB thumb drive to a computer at the jail and accessed the contents. Thumbnail images for approximately 20 images were visible as well as the names of file folders. Officer Prescott observed two pictures of nude minor females between the ages of 12 and 15 with their legs spread apart to show their genital area. He also observed another eight to 10 images of females between the ages of 13 and 16; of these, six depicted nude minor females with legs spread showing their genital area.

6. On January 24, 2012, FWPD Detective Watkins obtained a search warrant for the forensic analysis of all three thumb drives that had been found in **Castellon's** pants. That analysis revealed hundreds of images of minors engaged in sexually explicit conduct located on the Kingston thumb drive.

7.  I viewed the images found on the Kingston thumb drive and recognized numerous images constituting child pornography. Three of those images are described as follows:

   a.  **Extreme(458).jpg** - This file depicts a prepubescent nude minor female who is gagged with a red ball and whose hands and feet are tied; the legs are spread apart to display the child's genital area in a lewd and lascivious manner.

   b.  **Extreme(464).jpg** - This file depicts a prepubescent female bound with tape around her arms and legs, tape also covers her mouth. The child is lying on her back and her genitals are exposed in a lewd and lascivious manner.

   c.  **Fav A (1041).jpg** - A prepubescent female performing oral sexual intercourse with an adult male who nude from the waist down

8.  The forensic examination also showed images of **Castellon** on the same Kingston thumb drive that he had claimed did not belong to him. Additionally, the thumb drive contained family-type photographs labeled with a female name. The photographs depicted a Hispanic female approximately eight to nine years of age. Detective Watkins attempted to interview **Castellon** who declined to be interviewed but did state that he lived with his mother on Barclay Avenue in Fort Worth. Detective Watkins interviewed **Castellon's** mother and confirmed that the family photos of a minor were of her granddaughter, thus tying ownership of the thumb drive to **Castellon**.

9.  I contacted Kingston Technology and learned that Kingston DT 101 second generation thumb drives are manufactured in China.

**Criminal Complaint - Page 4**

## CONCLUSION

10. Based upon the foregoing facts and circumstances, I believe probable cause exists to find that **Castellon** has knowingly committed a violation of 18 U.S.C.§ 2252(a)(4)(B), Possession of Child Pornography.

_____
Jason Prasnikar
Special Agent
Department of Homeland Security, Immigration
and Customs Enforcement

Sworn to before me and subscribed in my presence this 26th day of January 2012, at 4:02 p.m. in Fort Worth, Texas.

_____
JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint - Page 5